```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

JAN C. HANKINS                    §
                                  §
VS.                               §   CIVIL ACTION NO.4:05-CV-194-Y
                                  §
JO ANNE B. BARNHART               §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION</u>

On January 30, 2006, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") denying plaintiff Jan C. Hankins's claim for disability insurance and supplemental security income benefits be affirmed. The magistrate judge's order gave all parties until February 20 to serve and file with the Court written objections to his proposed findings.

Subsequently, the plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge. The defendant did not file a response.

After carefully reviewing the findings, record, case law, and Plaintiff's objections, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, the Commissioner's decision is AFFIRMED.

SIGNED March 3, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE